**Order entered March 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01523-CV**

**IN THE INTEREST OF J.K.O. AND J.M.O., CHILDREN**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 07-1369-015**

**ORDER**

The reporter's record in this case is past due. By postcard dated January 21, 2020, we notified Misty Skinner, Official Court Reporter for the 15th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Skinner has failed to comply with the Court's order.

Accordingly, we ORDER Misty Skinner to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has not been found entitled

to proceed without payment of costs. We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, and is not entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See Tex. R. App. P. 37.3(c).

We DIRECT the Clerk to send copies of this order to:

Honorable James Fallon
Presiding Judge
15th Judicial District Court

Misty Skinner
Official Court Reporter
15th Judicial District Court

All parties

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE